Dismissed and Memorandum Opinion filed November 6, 2008








Dismissed
and Memorandum Opinion filed November 6, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00709-CV

____________

 

IN THE MATTER OF THE ESTATE OF ROY L. WILSON, DECEASED

 

 



 

On Appeal from the
County Court at Law

Henderson County,
Texas

Trial Court Cause
No. 30-04CL

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 25, 2008.  On October 16, 2008,
appellant, Shari Vander Linden, Independent Executrix of the Estate of Roy L.
Wilson and Trustee of the Roy L. Wilson Testamentary Trust, filed a motion to
dismiss the appeal because the case has settled.   See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 6, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.